```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 06 B 16908
    MAURICE A ALLEN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0975

------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/20/2006 and was confirmed 04/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/22/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00            .00           .00
LASALLE BANK              CURRENT MORTG          .00            .00           .00
HOME EQUITY SERVICE CO    SECURED NOT I          .00            .00           .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER    NOT FILED            .00           .00
AMERICAN COLLECTION       UNSEC W/INTER      1143.86            .00           .00
CAPITAL ONE BANK          UNSEC W/INTER    NOT FILED            .00           .00
MONITRONICS INTERNATIONA  UNSEC W/INTER    NOT FILED            .00           .00
INSURA                    UNSEC W/INTER    NOT FILED            .00           .00
MONITRONICS               UNSEC W/INTER    NOT FILED            .00           .00
T-MOBILE USA              UNSEC W/INTER     330.27              .00           .00
GREATBANK ALGONQUIN       UNSEC W/INTER    NOT FILED            .00           .00
GMAC                      UNSEC W/INTER    NOT FILED            .00           .00
PEOPLES GAS               UNSEC W/INTER    NOT FILED            .00           .00
ROSELAND COMMUNITY HOSPI  UNSEC W/INTER    NOT FILED            .00           .00
ELCO ADMINISTRATION SERV  UNSEC W/INTER    NOT FILED            .00           .00
CITY OF COUNTRY CLUB HIL  UNSEC W/INTER    NOT FILED            .00           .00
VILLAGE OF HAZEL CREST    UNSEC W/INTER     600.00              .00           .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE    2433.69              .00        2433.69
LASALLE BANK              MORTGAGE ARRE   10359.86              .00        3103.47
HOME EQUITY SERVICE CO    SECURED NOT I   16850.57              .00           .00
CITY OF CHICAGO PARKING   UNSEC W/INTER    7166.67              .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     138.98              .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY      1,994.00                        1,994.00
TOM VAUGHN                TRUSTEE                                            563.84
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 8,095.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 16908 MAURICE A ALLEN

```
PRIORITY                                                              .00
SECURED                                                          5,537.16
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,994.00
TRUSTEE COMPENSATION                                               563.84
DEBTOR REFUND                                                         .00
                                       ---------------    ---------------
TOTALS                                        8,095.00           8,095.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```